Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) NO. CR16-164RSM |
| v. | ) |
| | ) ORDER ON IRONS' |
| | ) MOTION TO SEAL |
| | ) MEDICAL REPORT |
| BURRELL MICHAEL DE BOSE, | ) |
| | ) |
| Defendant. | ) |

Having read Defendant Irons' Motion to Seal his Medical Report,

THE COURT ORDERS THAT Defendant De Bose's Medical Report shall remain under seal.

DONE this 7th day of May, 2020.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ R. Goldsmith*
Robert Goldsmith
Attorney for defendant

ORDER - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-1592