The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BURRELL MICHAEL DE BOSE,<br><br>Defendant. | CASE NO. CR16-164RSM<br><br>ORDER |

THIS COURT having considered defendant's Motion for Reduction of Sentence, pursuant to 18 U.S.C. § 3582(c)(1)(A), and the Stipulation of the parties and for good cause appearing, IT IS HEREBY ORDERED THAT:

1. Pursuant to 18 U.S.C. 3582(c)(1)(A), if this Court determines that a reduction in sentence is appropriate, this Court may "impose a term of . . . supervised release with or without conditions that does not exceed the unserved portion of the original term of imprisonment."

2. Pursuant to this authority, this Court reduces the defendant's term of imprisonment to time served, and imposes a new, additional term of supervised release to run through the unserved portion of defendant's original term of imprisonment, from the date of his release to until his current calculated release date of August 7, 2021.

Order
*United States v. De Bose*, CR16-164 RSM- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The terms of such supervised release shall be the same as the terms of supervised release specified in the September 29, 2017, judgment and commitment order. In addition the following conditions shall apply during the increased period of supervised release directed by this order:

i. Defendant shall participate in location monitoring with Global Positioning Satellite technology through a mobile application or appropriate technology for that monitoring to be determined by the Probation Office.

ii. Defendant shall be restricted to his residence at all times, except for medical or other emergencies, or at the discretion of the Probation Officer.

iii. During the period of supervised release, defendant shall comply with national, state, and local public-health orders regarding COVID-19.

4. The defendant shall be released from the institution with forty-eight hours of the entry of this order.

Dated this 15th day of May, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Prepared by:

/s/ Helen J. Brunner
HELEN J. BRUNNER
Assistant United States Attorney

/s/ Robert W. Goldsmith
ROBERT W. GOLDSMITH
Counsel for Burrell Michael De Bos

Order
*United States v. De Bose*, CR16-164 RSM- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970