The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BURRELL MICHAEL DE BOSE,<br><br>Defendant. | NO. CR16-164RSM<br><br>ORDER EXTENDING DEADLINE TO RESPOND |

The Government's Motion to Extend the Deadline to Respond is hereby GRANTED. The Government's response to Defendant's Motion/Declaration for Termination of Supervision (Dkt. 306), shall be due on August 15, 2022.

DATED this 9th day of August, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ C. Andrew Colasurdo*
C. ANDREW COLASURDO
Assistant United States Attorney

ORDER TO EXTEND DEADLINE TO RESPOND - 1
*United States v. De Bose*, CR16-164RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970