Judge Ricardo S. Martinez

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br> **v.** <br><br> **BURRELL MICHAEL DE BOSE,** <br><br> **Defendant.** | ) | **NO. CR16-164RSM** <br><br> **ORDER ON De BOSE'S MOTION TO TERMINATE SUPERVISION** |

Having considered Defendant De Bose's Motion to Terminate Supervision and the response by the Government,

THE COURT ORDERS THAT Defendant De Bose's term of supervised release shall be terminated and the defendant discharged.

DONE this 10th day of August, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE



**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 313-1780

Presented by:

__s/ R. Goldsmith______________________
Robert Goldsmith
Attorney for defendant



**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 313-1780